**Order entered October 27, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01125-CV

### IN RE PRISCILA BRISENO, Relator

**Original Proceeding from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-22-00330-D**

### ORDER
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE